**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GLIMPSE LLC (DBA SKYLIGHT), | |
| Plaintiff, | |
| v. | Case No. 26-cv-07475 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Charles P. Kocoras Magistrate Laura K. McNally |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, July 21, 2026, at 9:50 am, the undersigned

will appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in Courtroom

2560 of the Dirksen Federal Building, or such other place and time as the Court directs, and then

and there present Plaintiff's Motion for Preliminary Injunction [15].

Dated: July 16, 2026

Respectfully submitted,

Counsel for Glimpse LLC (DBA Skylight),

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

1