**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GLIMPSE LLC (DBA SKYLIGHT),<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-07475<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Laura K. McNally |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Glimpse LLC, d/b/a Skylight, ("Plaintiff") respectfully moves for an Order authorizing electronic service pursuant to Federal Rule of Civil Procedure 4(f)(3). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: November 2, 2026

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

Marko R. Zoretic (CA Bar. No. 233952)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

marko.zoretic@knobbe.com

*Counsel for Plaintiff Glimpse, LLC (dba Skylight)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2026, I served the foregoing document on the following Defendants via electronic mail:

Canupdog Official
amzycwy@gmail.com

HEMAOSHENGSHI
AMZHMSS@163.com

/s/ Mikhail Bina
Mikhail Bina
Paralegal