# EXHIBIT A

HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhenshiyuchengweiye kejiyouxiangongsi

**Date** Octorber 7, 2026

**Case No.** 26-cv-07475

**Business Name:** shenzhenshiyuchengweiyekejiyouxiangongsi (Translation in Chinese: 深圳市煜成伟业科技有限公司)

**Business Address:**

坂田街道象角塘社区象角塘二路 1 号 4 栋锦绣华城科技园 A 区 4 栋三层-307
深圳市
龙岗区
广东省
518000
CN

**Investigation Result**: Unverifiable physical address.

Although the investigator successfully located the disclosed address, the premises did not show any visible indication that the subject company maintains an active office or business operation at the address.

**Investigation Note:**

The investigator located Building 4 of the disclosed premises and proceeded to the third floor. The investigator located Rooms 306 and 307. Signage at the premises identifies both Rooms 306 and 307 as associated with Shenzhen Hongshenglong Industrial Co., Ltd. (深圳市泓盛隆实业有限公司). The name of that company is prominently displayed on the glass entrance and office frontage.

The investigator inspected the area surrounding Room 307 and the third-floor corridor. No signage, nameplate, directory information, or other visible indication bearing the name of the subject company was observed.

Based on the conditions observed during the visit, the reported Room 307 appeared to be occupied or used by a different company. The investigator found no visible evidence that the subject company was operating from the disclosed address at the time of the investigation.

HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhenshiyuchengweiye kejiyouxiangongsi

**Date** Octorber 7, 2026

---

**Photographic Evidence Attached Below:**

1. Exterior photograph of Building at the disclosed location:



HEMISPHERE

Chinese Address Verification & Litigation Support

**OVR**

**(On-site Verification Report)**

**Name** Shenzhenshiyuchengweiye kejiyouxiangongsi

**Date** Octorber 7, 2026

2. Photographs of the entrance to Rooms 306 and 307, showing the room-number signs and the name Shenzhen Hongshenglong Industrial Co., Ltd. (深圳市泓盛隆实业有限公司) displayed prominently on the glass office entrance:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhenshiyuchengweiye kejiyouxiangongsi

**Date** Octorber 7, 2026



HEMISPHERE

Chinese Address Verification & Litigation Support

**OVR**

**(On-site Verification Report)**

**Name** Shenzhenshiyuchengweiye kejiyouxiangongsi

**Date** Octorber 7, 2026

3. Photographs of the third floor and the surrounding area where Room 307 is located:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhenshiyuchengweiye kejiyouxiangongsi

**Date** Octorber 7, 2026

