# EXHIBIT B

HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhenshihemaoshengshi kejiyouxiangongsi

**Date** Octorber 7, 2026

**Case No.** 26-cv-07475

**Business Name:** shenzhenshihemaoshengshikejiyouxiangongsi

**Business Address:**

福田区华强北街道福强社区
深南中路 2070 号 4 号楼(国际电子城)1 层 A053-A055
深圳市
广东省
518028
CN

**Investigation Result**: Business Presence Unverified.

The investigation located the reported address and observed signage displaying “和茂,” (“hemao”) but could not conclusively verify that the subject company operates at the location.

**Investigation Note:**

The investigator located the disclosed premises proceeded to the first-floor area corresponding to A053–A055. The area is a commercial electronics market containing numerous individual storefronts and vendors.

At A053–A055, the investigator observed multiple business and brand signs associated with the storefront area. One of the signs prominently displayed the name “DAGRO 和茂.” The pinyin for the Chinese characters “和茂” is “hemao,” which also appears within the name of the subject company. However, the signage did not display the full business name, and the investigator was unable to determine whether the “DAGRO 和茂” signage was associated with the investigated business or a different business using the same or a similar name. The investigator visited the location during a weekday. The storefront displaying the “DAGRO 和茂” signage was closed at the time of the visit. Multiple surrounding storefronts in the same market area were also closed.

Because the storefront was closed and no signage displaying the subject company was observed, the investigator was unable to independently confirm that the investigated business operates at the reported address.

HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhenshihemaoshengshi kejiyouxiangongsi

**Date** Octorber 7, 2026

**Photographic Evidence Attached Below:**

1. Exterior photograph of Building at the disclosed location:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhenshihemaoshengshi kejiyouxiangongsi

**Date** Octorber 7, 2026

2. Photographs of A053–A055 Storefront:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhenshihemaoshengshi kejiyouxiangongsi

**Date** Octorber 7, 2026



3. Photographs of the Surrounding Commercial Units:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhenshihemaoshengshi kejiyouxiangongsi

**Date** Octorber 7, 2026

